**Morris O. HUSE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 36504.**

Court of Criminal Appeals of Texas.

March 11, 1964.

C. O. McMillan, Stephenville, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is murder without malice; the punishment, five years.

Our prior opinion is withdrawn and the following substituted in lieu thereof.

The record on appeal contains no statement of facts or bills of exception. Our attention has been called to a discrepancy in the judgment. The verdict found appellant guilty of murder without malice, as did the concluding portion of the judgment. The sentence is for murder without malice. That portion of the judgment which recited the jury's verdict is reformed to read, "We, the jury, find defendant Morris O. Huse guilty of murder without malice."

As reformed, the judgment is affirmed.

**Walter A. FERGUSON, Relator,**

v.

**Fred MARLOWE et al., Respondents.**

**No. 72.**

Court of Civil Appeals of Texas.

Tyler.

March 5, 1964.

Bob M. Lloyd, Henderson, for relator.

No counsel for respondents.

SELLERS, Justice.

This application for permission to file an application for a writ of mandamus was granted and argument heard in this court. The application is by relator to have his name placed upon the official ballot for the office of Representative in the district composed of Panola and Rusk Counties. The application to the Executive Committee of Panola County was in due form. The County Executive Committee refused to certify the relator's name as a candidate for the office. Respondents made no answer to the application for mandamus in this court.

This application for a mandamus is in all respects the same as that in the case of Ramsey v. Marlowe, et al., Tex.Civ.App., 376 S.W.2d 438, and the opinion of Justice Moore is adopted in this case.

The writ of mandamus will be granted.